IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN WEHRMAN, SHERRY WEHRMAN, and KRISTA BENNETT,<br><br>    Defendants. | CV 24–30–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff's Notice of Dismissal of Defendant Sherry Wehrman Pursuant to Rule 41(a).  (Doc. 5.)  Plaintiff provides notice that all claims against Defendant Sherry Wehrman in the above-captioned matter are voluntarily dismissed, without prejudice, and without costs or fees to any party. (*Id.*)

Accordingly, IT IS ORDERED that all claims against Defendant Sherry Wehrman the above-captioned matter are DISMISSED WITHOUT PREJUDICE, with the parties to bear their own costs and fees.

DATED this 15th day of March, 2024.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court