IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | CV 24–30–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KRISTA BENNETT, | |
| Defendant. | |

Before the Court is the parties' Stipulation and Notice of Dismissal Pursuant to Rule 41(a). (Doc. 10.) The parties stipulate to dismissal of this action, without prejudice, and without costs or fees to any party. (*Id.*) Plaintiff previously dismissed John and Sherry Wehrman as defendants in this matter. (Docs. 5, 6, 7, 8.) Thus, Defendant Krista Bennett is the sole remaining defendant.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with the parties to bear their own costs and fees.

DATED this 24th day of May, 2024.

Dana L. Christensen, District Judge
United States District Court